# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**THOMAS W. KING**,

      Plaintiff,

vs.                                  CASE NUMBER:    7:12-CV-1785 (GTS / TWD)

**CAROLYN W. COLVIN,**
**Acting Commissioner of**
**Social Security,**

      Defendant.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED That the final decision of the Commissioner is reversed and the matter is remanded for further administrative action, in accordance with the Consent Order of the Honorable Glenn T. Suddaby, United States District Judge, filed the 15th day of July, 2013.

DATED: July 16, 2013

                                                                   Clerk of Court

                                                                   Christine Mergenthaler
                                                                   Deputy Clerk

entered and served 7/16/13 (cm)